HINNANT v. HOLLAND

No. 7P89.

Case below: 92 N.C. App. 142.

Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 5 April 1989.

HUDSPETH v. HUDSPETH

No. 13P89.

Case below: 92 N.C. App. 244.

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 April 1989.

JOHNSON v. SPRINKLE

No. 97P89.

Case below: 92 N.C. App. 598.

Petition by plaintiff for writ of certiorari to the North Carolina Court of Appeals denied 5 April 1989.

LAWYERS TITLE INS. CORP. v. LANGDON

No. 123P89.

Case below: 91 N.C. App. 382.

Petition by defendant (Ben I. Langdon) for writ of certiorari to the North Carolina Court of Appeals denied 5 April 1989.

LAXTON CONSTRUCTION v. MOEHRING INVESTMENTS

No. 62P89.

Case below: 92 N.C. App. 595.

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 April 1989.